## More Definite Statement

During the year 2019 I began to be notified by various sources that rumors were being spread by the sheriff of Marion County (David Mcnight) Ex sheriff And then Jefferson Police Cheif (Jason Carrol) Ex Cheif that I was guilty of Sexual Assault, And kidnapping. Sheriff Mcnight, And Cheif Carrol Went As FAr with their Accusation to report them to the Local newspaper the jefferson jimplecute who in turn ran a story on the FAlse claims. My Mother has A copy of the story in her possession At this time. This has cause irreparable harm to my reputation. This has caused me to have a difficult time Finding gainful employment Locally. I AM A victim of libel, And something Must be done About this.

Respectfully
Dominic D. Miller
P.O. Box 547
Jefferson, Texas
75657