U.S. District Court
Eastern District of Texas
Marshall, Division

To The Honorable Judge of Said Court:

More Definite Statement

December 17, 2020 I Dominic Desmond Miller filed a Prisoners Rights Civil Suit alleging that on are about November 17-19 2019 the Jefferson Jimplecute ran a story accusing me of sexually assaulting, and kidnapping a female acquaintance of mine at the time. I was never arrested nor was an investigation performed. There was no Rape Kit, and most of all there was no Rape. I have copies of the newspaper as well as (Sierra Harris) on recording denying the Rape Allegations. My Family, Kids, and other associates read this, and believed it to be true which caused extreme distress to my life.

Respectfully,
Dominic D. Miller
Dominic D. Miller