United States District Court
For The Eastern District Of Texas
Marshall Division

In The Matter Of:

Dominic Desmond Miller
           vs
Marion County Sheriff's Office
Sheriff David McKnight
Jefferson Police Department
Officer Jason Carroll


Dear Clerk;
Please add the following entity as a Defendant on the above mentioned Cause.

Jefferson Jimplecute
Address Unknown

Respectfully Submitted,
Dominic D. Miller
Dominic Desmond Miller
P.O. Box 547
Jefferson, Texas
75657