Dear Clerk;

In the matter of Dominic Desmond Miller
                    v
            Marion County Sheriff's ofc Et al

Please enter this into Discovery.

Respectfully Submitted,
Dominic D. Miller
Dominic Desmond Miller
P.O. Box 547
Jefferson, Texas
             75657

Enclosed 1 item

Jopaz Johnson, 17, Jefferson, charged with aggravated assault with a deadly weapon. Bond set at $50,000.

Chenoa Marie Johnston, 42, Marshall, charged with theft of property >$100 <$750 bond forfeiture. Bond set at $400.

Leilani Gail McDonald, 18, Jefferson, charged with bond forfeiture from Harrison County on a charge of possession of a controlled substance. Bond set at $100,000.

Julia Marie Nedland, 52, Jefferson, charged with two non-reportable offenses. No bond amount given.

Brandon Matthew Ray, 27, Jefferson, charged with assault family/household violence. No bond amount given.

Christopher Lynn Royal, 42, Jefferson, charged with driving while intoxicated. Bond set at $508.

Troy Craig Steward, 45, Vivian, Louisiana, charged with possession of a controlled substance. Bond set at $30,000.

Prints Jesse Stewart, 45, Lone Star, charged with theft of property >$2,500 <$30,000. Bond set at $25,000.

Sharmecia Donetta Young, 38, Jefferson, charged with assault causes bodily injury. Bond set at $2,500.

### Incident Reports

Investigation of felony sexual assault complaint resulted in charges against Dominic Miller. Miller was also charged with evading arrest or detention, criminal trespass and three non-reportable offenses.

Officers also investigated two assault complaints, two thefts of property, a dog bite, criminal mischief, burglary of vehicles, recovered a stolen vehicle, a death, a MHMR transport, damaged property and a miscellaneous incident.

### Daily Blotter

A woman called dispatchers to complain that she had been assaulted by her ex-husband.

Dispatchers received 56 911 calls in addition to 52 calls f