Dear Clerk,

Re: 2:20-CV-00390-JRG-RSP

Please add this as an amended more definate statement:

I was arrested on my present incarceration on August 28, 2020, and I was booked into the Marion County Jail on a variety of charges including kidnapping, burglary, and assault of Sierra Harris the supposed victim of the alleged original sexual assault charge. During the arreignment Justice Of The Peace Lena Pope gave me a No Bond parole hold even though there was no blue warrant issued by TDCJ until September 2, 2020. September 22, 2020 I was discharged from parole after a hearing in which Ms Harris claimed that she could not remember what happened during the alleged incident. Yet I still sit on bonds totaling $112,000.00. Ms Harris has also since written a statement admitting that I never kidnapped her, or burglarized her,

and my residence. Ms Harris has confessed that she was high on drugs during the incident, and is unsure of what happened during the alleged incident. This has not been the first time that the DA has dealt with Ms Harris telling lies on me yet here I sit still incarcerated in the Marion County Jail.

Respectfully,
Dominic D. Miller
Dominic Desmond Miller
P.O. Box 547
Jefferson, Texas
75657