Dear Clerk;

Re: 2:20-cv-00390-JRG-RSP

During the year 2019 I began to be notified by various sources that rumors were being spread by members of the Marion County Sheriff's Office, and the Jefferson Police Department that I was guilty of a sexual assault of a female aquaintance of mine. They went as far as to report to the local newspaper that I had been arrested, and charged though I had not. The Jimplecute in turn ran a story on these false claims. I have sent a copy of the article to the Court. I also have a statement from the supposed victim which states she was never sexually assaulted by me. This has caused irreparable harm to my reputation.

Respectfully,
Dominic Desmond Miller
Dominic Desmond Miller