*I wrote this last month but I would like whomever to read it. My situation.*

To whom this may concern,                              12/21/20

My name is Dominic Desmond Miller I'm at the Marion County Jail for a few charges. (1) Burglary Habitation (2) Poss CS PG1 which they gave me time served and I never saw a judge nor did I sign any papers, but mind you I was on parole I was having a parole hearing and they just brought me a paper saying time served. My rights was violated when I got here they gave me bonds super high but I never had a warrant from parole, but my civil rights was violated because they gave me a no bond for parole and my parole officer came like 5 days LATER which I would have not had any holds. (3) Evading Arrest Det w/Prev (4) Assault Causes BI FAM. Mind you I've been here this year for the same charges for the same person. Not to mention the Jefferson Jimplicute Newspaper had a story about me in there for Rape and Kidnapping which never happened about the same person my ex girlfriend which denied that any of these things ever happened. But I took 3 years probation for a misdemeanor and a state jail felony. Right now the DA is offering 8 yrs TDC and 2 years state, but I didn't do these crimes and my ex girlfriend has wrote a letter saying I did not mind you she has a drug problem and she admits to it that she reached out to her probation officer about her drug uses then to shes willing to help free me because I never did any of these things. How can I break into a house I'm already living in, and then to how I get time served without seeing a judge, plus never was there a signature with my hand writing on it saying I had drugs when was it sent to a drug lab? And the Evading Arrest like I've been saying since day 1

y life my ex had a few dudes
ng with plus Police where I saw
here they were planing to set me up,
Jason Carroll) which was part of
I Raped (Ms. Sierra Harris) My Ex.
h is the DA in Marion County is
suffer and trying to give me time
harges, but never brought up the
the newspapers Rape and Kidnapping.
it was a few people that called me
lleg charges on me. I don't have
've never had money I grew up without.
st was ~~~~~ able to do what she
e sure we had what we needed and
my Mother and Father is doing their
nd get me home right now. So I'm
g to be honest that whomever will
this ~~~~ battle I'm having with the
nty ~~~~ Justice System please