FORCE
P.O. Box 647
Jefferson, TX
75657

INMATE MAIL

Legal Mail

SHREVEPORT LA 710
27 JAN 2021 PM 3 L

$000.71⁰
PITNEY BOWES
02 1P
0004715873 JAN 27 2021
MAILED FROM ZIP CODE 75657

United States District Court
Eastern District of Texas
100 East Houston Street
Room 125
MARSHALL, TEXAS 75670

75670-414400